IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JUDY MILLER | )<br>) |
| Plaintiff, | )<br>) |
| v. | )  CIVIL ACTION NO.<br>)  2:06 cv 1042-MEF |
| JEFFERSON PILOT FINANCIAL INSURANCE COMPANY, A CORPORATION; AND LINCOLN FINANCIAL GROUP, INC., A CORPORATION | )<br>)<br>)<br>)<br>) |
| Defendant. | )<br>) |

RECEIVED
2006 NOV 20 P 4 24
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## JEFFERSON PILOT FINANCIAL INSURANCE COMPANY'S
## CORPORATE DISCLOSURE STATEMENT

COMES NOW Jefferson Pilot Financial Insurance Company, a Defendant in the above-styled cause, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states the following:

Defendant Jefferson Pilot Financial Insurance Company hereby gives notice that it is a wholly owned subsidiary of Lincoln National Corporation, a publicly held corporation that is traded on the New York Stock Exchange under the symbol "LNC."

Respectfully submitted this 17th day of November, 2006.

1

01413391.1

/s/ William B. Wahlheim, Jr.
William B. Wahlheim, Jr.
John David Collins
Grace Robinson Murphy

Attorneys for Defendant
Jefferson Pilot Financial Insurance
Company

**OF COUNSEL:**

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth Harbert Plaza
Birmingham, AL 35203-2618
Telephone: 205.254.1000
Fax: 205.254.1999

01413391.1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepaid and properly addressed, this the 17th day of November, 2006:

Carl S. Pittman
Larry Knopf Attorneys, P.C.
540 S. Perry Street
Montgomery, Alabama 36104

_____
OF COUNSEL

3

01413391.1