**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **JUDY MILLER** | ) |
| **Plaintiff,** | ) |
| v. | ) CV NO: 2:06-CV-01042-MEF-SRW |
| **JEFFERSON PILOT FINANCIAL INSURANCE COMPANY, A CORPORATION; AND LINCOLN FINANCIAL GROUP, INC., A CORPORATION** | ) |
| **Defendant.** | ) |

**REPORT OF PARTIES' PLANNING MEETING**

1.  Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on December 18, 2006 and was attended by Carl S. Pittman on behalf of Plaintiff Judy Miller and John David Collins on behalf of Defendants Jefferson Pilot Financial Insurance Company and Lincoln Financial Group, Inc.

2.  Pre-Discovery Disclosures. The parties will exchange the information required by Local Rule 26.1(a)(1) on or before **January 27, 2007**.

3.  Electronically Stored Information: The parties do not reasonably anticipate that discovery of electronically stored information will be available and/or sought in this ERISA case. Disclosure or discovery of any such information will be handled in accordance with the Federal Rules of Civil Procedure.

01422966.1

- 2 -

4. Discovery Plan[1]. The parties jointly propose to the court the following discovery plan:

    a. Discovery will be needed on the subjects:

    All claims by Plaintiff and all defenses by Defendants.

    b. All discovery commenced in time to be completed by **August 3, 2007**.

    c. Maximum of **30** interrogatories by each party to any other party without prior approval of the Court. Maximum of **30** requests for production by each party to any other party without prior approval of the Court. (Responses due **30** days after service).

    d. Maximum of **5** depositions by Plaintiff and **5** by Defendant without the prior approval of the Court. Depositions limited to **5** hours without the prior approval of the court.

    e. Reports from retained experts under Rule 26(a)(2) due:

    (i) from **Plaintiff** by **June 1, 2007**

    (ii) from **Defendants** by **July 2, 2007**

    f. Supplementation under Rule 26(e) due no later than **30** days before the close of discovery.

---

[1] It is the Defendants' position that to the extent the Court's review of the Defendants' claim determination is governed under the arbitrary and capricious or heightened arbitrary and capricious standard of review, discovery is limited pursuant to Eleventh Circuit authority. As a result, Defendants reserve the right to limit discovery to information contained in the administrative record.

- 3 -

5. **Other Items**.

a. The parties do not request a conference with the Court prior to entry of the Scheduling Order.

b. Plaintiff should be allowed until **February 5, 2007** to join additional parties and to amend the pleadings.

c. Defendant should be allowed until **March 5, 2007** to join additional parties and to amend the pleadings.

d. All potentially dispositive motions should be filed by **September 10, 2007**.

e. The parties are receptive to mediation but do not request Court ordered mediation at this time. The usefulness of Alternative Dispute Resolution procedures cannot be evaluated until the parties exchange initial disclosures and engage in written discovery.

f. The parties request a final pretrial conference in or after **November 2007**.

g. Final lists of trial evidence under Rule 26(a)(3) should be due pursuant to the terms of the pretrial order.

h. Parties should have **14** days after service of final lists of trial evidence to list objections under Rule 26(a)(3).

i. The case should be ready for trial by **November 2007** and at this time is expected to take approximately **1-2 days**.

Respectfully submitted:   December 20, 2007

[verified and consented to electronic signature]

          s/Carl S. Pittman
          Carl S. Pittman

          Attorney for Plaintiff Judy Miller

**OF COUNSEL:**

Larry Knopf Attorneys, P.C.
540 S. Perry Street
Montgomery, Alabama 36104
(334) 269-1342

          s/ John David Collins
          William B. Wahlheim, Jr.
          John David Collins
          Grace Robinson Murphy

          Attorneys for Defendants Jefferson Pilot
          Financial Insurance Company and Lincoln
          Financial Group, Inc.

**OF COUNSEL**:

MAYNARD, COOPER AND GALE, P.C.
1901 6th Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203
(205) 254-1000