IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JUDY MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 06-CV-01042-MEF-SRW |
| ) | |
| JEFFERSON PILOT FINANCIAL ) | |
| INSURANCE COMPANY, A ) | |
| CORPORATION; AND LINCOLN ) | |
| FINANCIAL GROUP, INC., A ) | |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, Judy Miller, by and through her counsel, and Defendants Jefferson Pilot Financial Insurance Company and Lincoln Financial Group, Inc., by and through their undersigned counsel, and agree and stipulate that the above-styled action and all claims contained therein should be dismissed with prejudice against Jefferson Pilot Financial Insurance Company and Lincoln Financial Group, Inc. with each party to bear its own costs.

_/s/ Carl S. Pittman_
Carl S. Pittman
Attorney for Plaintiff Judy Miller

OF COUNSEL:
LARRY KNOPF ATTORNEYS, P.C.
540 S. Perry Street
Montgomery, Alabama 36104
(334) 269-1342

01551144.1

/s/ William B. Wahlheim, Jr.
One of the Attorneys for
Jefferson Pilot Financial Insurance Company and
Lincoln Financial Group, Inc.

MAYNARD, COOPER & GALE, P.C.
2400 Regions Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone: (205) 254-1000

01551144.1